EOWEN S. ROSENTRATER, ISB No. 8581
LAW OFFICE OF EOWEN S. ROSENTRATER, PLLC
108 N. Washington, Suite 302
Spokane, WA 99201
Telephone: (509) 868-5389
Fax:  (509) 271-3432

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

PATRICIA MAY,

                        Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT INSURANCE CO., a Connecticut Corporation,

                        Defendants.

Case No.  2:14-CV-56-BLW

STIPULATION AND MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

      Plaintiff, Patricia May, by and through her attorney of record, Eowen S. Rosentrater, and Defendant, Hartford, by and through its attorneys of record, Jack M. Englert, Jr. and A. Dean Bennett, place this matter before the Court by Stipulation and move that the Court enter an Order of Dismissal with Prejudice and Without Costs.

DATED this 22nd day of August, 2014.

/s/ Eowen S. Rosentrater
EOWEN S. ROSENTRATER, ISB No. 8581
*Attorney for Plaintiff*

/s/ Jack M. Englert Jr.
JACK M. ENGLERT, JR., admitted pro hac vice
*Attorney for Defendant*

/s/ A. Dean Bennett
A. DEAN BENNETT
*Attorney for Defendant*

STIPULATION AND MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS  1

LAW OFFICE OF EOWEN S. ROSENTRATER, PLLC
108 N. Washington St., Suite 302   Spokane, WA  99201
(509) 868-5389 (T)        (509) 271-3432 (F)