UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PATRICIA MAY,<br><br>                              Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE CO., a Connecticut Corporation,<br><br>                              Defendants. | Case No.  2:14-CV-56-BLW<br><br>**JUDGMENT** |

THIS MATTER came before the Court on the parties' Stipulation and Motion for Dismissal with Prejudice and Without Costs.

NOW THEREFORE IT IS HEREBY ORDERED, that the joint motion to dismiss (docket no. 36) is GRANTED.  The above-captioned lawsuit shall be dismissed, with prejudice and without costs to either party.  The Clerk shall close this case.

DATED: September 11, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court